AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TROY ANTHONY PESINA,

                              Plaintiff,

                           v.

MR. STOCKWELL, J. ROLLINS; POWELL, and MR. McDONALD,

                             Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-0441-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  the Complaint is dismissed with prejudice.  Judgment is found in favor of the defendants.

June 25, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard